IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Andre Jacobs, | : | CIVIL ACTION |
| *Plaintiff,* | : | NO. 1:24-cv-02053 |
| v. | : | |
| Harrisburg Police Department *et al.*, | : | |
| *Defendants.* | : | |

## ORDER

**AND NOW,** this _____ day of _____, 2025, upon consideration of the Motion to Dismiss of Defendants Penn Live News and Jenna Wise ("Media Defendants"), it is hereby **ORDERED** that the Motion is **GRANTED**, and that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE** as to the Media Defendants.

BY THE COURT:

_____
**PHILLIP J. CARABALLO, M.J.**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Andre Jacobs, | : | CIVIL ACTION |
| *Plaintiff,* | : | NO. 1:24-cv-02053 |
| v. | : | |
| Harrisburg Police Department *et al.*, | : | |
| *Defendants*. | : | |

## MOTION TO DISMISS OF DEFENDANTS PENN LIVE NEWS AND JENNA WISE

Pursuant to Federal Rule of Civil Procedure 12(b)(6), and for the reasons stated in the accompanying Memorandum of Law, which is incorporated here as though fully set forth, Defendants Penn Live News and Jenna Wise ("Media Defendants") respectfully request that Plaintiff's claim against them be dismissed.

Date: May 2, 2025

STAPLETON SEGAL COCHRAN LLC

By:   */s/ Eli Segal*
     Eli Segal (PA ID 205845)
1760 Market Street, Suite 403
Philadelphia, PA 19103
215.402.6555
esegal@stapletonsegal.com

*Attorneys for Media Defendants*

## CERTIFICATE OF SERVICE

I certify that on May 2, 2025, I caused a true and correct copy of the foregoing to be filed through the Court's electronic filing system and to be served via U.S. Mail upon the following.

<u>Plaintiff</u>:

Andre Jacobs, DCP No. 054268
Dauphin County Prison
501 Mall Road
Harrisburg, PA 17111

<u>/s/ *Eli Segal*</u>
Eli Segal
